No. 01–660.  ELI LILLY & CO. *v.* BARR LABORATORIES, INC., ET AL.  C. A. Fed. Cir.  Motions of Biotechnology Industry Organization et al. and Intellectual Property Owners Association for leave to file briefs as *amici curiae* granted.  Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of these motions and this petition.

No. 01–678.  MOTION PICTURE INDUSTRY PENSION AND HEALTH PLANS *v.* N. T. AUDIO VISUAL SUPPLY, INC.  C. A. 9th Cir.  Motion of Directors Guild of America-Producer Pension Plans et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 01–685.  RUPP *v.* PHILLIPS.  C. A. 10th Cir.  Motion of Federal Law Enforcement Officers Association for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 01–690.  BAGLEY, WARDEN *v.* BYRD.  C. A. 6th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 01–7040.  HUGHES *v.* GARCIA, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 01–6191.  WILLIAMS *v.* UNITED INSURANCE COMPANY OF AMERICA ET AL., *ante*, p. 1025; and
No. 01–6498.  MORIN *v.* TRUSTEES, SOUTHERN CONNECTICUT STATE UNIVERSITY, ET AL., *ante*, p. 1029.  Petitions for rehearing denied.

JANUARY 16, 2002

No. 00–1617.  LITTON SYSTEMS, INC. *v.* HONEYWELL, INC. C. A. Fed. Cir.  Certiorari dismissed under this Court's Rule 46.1.